Company, Respondent.— Order affirmed, without costs, with leave to apply at Special Term to change the referee, the appellant not having been heard upon that question, and the respondent consenting thereto. All concurred.

The People of the State of New York ex rel. John M. Pugh and Another, Respondents, v. Peter E. Hoffman, Appellant.— Appeal dismissed, without costs, it appearing that the question now sought to be determined is academic. All concurred.

Bridget Calligan, Respondent, v. Sara F. Gallagher, Appellant.— Judgment and orders affirmed, with costs. All concurred.

Bridget Calligan, Respondent, v. Sara F. Gallagher, Appellant.— Order denying motion for new trial on ground of newly-discovered evidence affirmed, with costs. All concurred.

Briggs Bros. & Company, Respondent, v. William G. Cushman, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that there was evidence upon which the jury might have found that the plaintiff had waived the furnishing of a more complete statement, by accepting and retaining the statement which was furnished; and that it was error for the trial court to dispose of the question as a matter of law. All concurred.

William Barnes, Appellant, v. Theodore Roosevelt, Jr., and Others, as Executors, etc., of Theodore Roosevelt, Deceased, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Edward P. Fancher, Respondent, v. Louise H. Farrand, as Administratrix, etc., Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs on appeal and pay to respondent's attorney ten dollars within ten days.

George Small, Respondent, v. Mae Small, Appellant.— Motion granted and appeal dismissed, without costs.

William H. B. Smith, Respondent, v. Hubert Bamford, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs on appeal and pay to respondent's attorney ten dollars within thirty days.

Kathryn T. Egan, Respondent, v. City of Buffalo, Appellant.— Judgment and order affirmed, with costs, upon the opinion of Sears, J., delivered at the Trial Term. (Reported in 105 Misc. Rep. 506.) All concurred, except Kruse, P. J., and Foote, J., who dissented and voted for reversal and dismissal of the complaint.

Carrie Maloney, as Administratrix, etc., Respondent, v. Frank Sullivan Smith, as Receiver, etc., Appellant.— Judgment and order affirmed, with costs. All concurred.

Frances M. Sherwood, Appellant, v. Clayton B. Sherwood, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve reply within twenty days, if so advised, upon payment of the costs of the motion and of this appeal. All concurred.

Brayton P. Hadley, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.